**6**

**Charles E. FORBES, Appellant, v. Sam L. GROSS, U. S. Marshal for Northern District of Texas, Appellee. \***

Circuit Court of Appeals, Fifth Circuit. November 14, 1927.

No. 4972.

Appeal from the District Court of the United States for the Northern District of Texas; Wm. H. Atwell, Judge.

W. B. Harrell, of Dallas, Tex., for appellant.

Norman A. Dodge, U. S. Atty., Arnold Davis, Asst. U. S. Atty., and J. Forrest McCutcheon, Asst. U. S. Atty., all of Fort Worth, Tex., for appellee.

*Rehearing denied December 20, 1927.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order appealed from is affirmed.